UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL ANDREWS,<br><br>                    Plaintiff,<br><br>-against-<br><br>JAMES JOHNSON; DANIEL H. WOLF; KEVIN KEATING; BENJAMIN SHRIER; RUSHMI BHASKARAN; JUDGE ENGELMAYER; SUSAN KELLMAN; IZRA SPILKE,<br><br>                    Defendants. | 21-CV-10726 (LTS)<br><br>CIVIL JUDGMENT |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Pursuant to the order issued December 20, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-8310 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 20, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge